UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/09

Jerry Boorstein

ORDER OF

DISCONTINUANCE

-against-

Equitable Life Assurance Society of the United States of America

05 cv 3592 (PKL)

LEISURE, <u>District Judge:</u>

The attorneys for the parties having advised the Court that this action has been or will be settled and having consented to the entry of this Order, it is hereby

**ORDERED**, that the above entitled-action hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consumated within Thirty (30) days of the date hereof.

Dated:   New York, New York

SEP 2 3 2009

_____
U.S.D.J.